FILED'07 DEC 12 13:58USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

RONALD L. McINTOSH,

      Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

      Defendant.

CV-06-933-PK

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of $6800.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and reimbursement of filing fees in the amount of $350.00 pursuant to 28 U.S.C. 1920 are hereby awarded to plaintiff.

Dated: Dec. 12, 2007.

_____
Hon. Paul J. Papak
U.S. Magistrate Judge

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Attorney for Plaintiff