FILED'08 APR 28 11:37USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

RONALD L. McINTOSH,

    Plaintiff,

Civil No. 06-933-PK

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

ORDER AUTHORIZING
406(b) FEES

    Defendant.

Pursuant to 42 U.S.C. 406(b), reasonable attorney fees in the amount of **$20,498.00** are hereby awarded to plaintiff's attorney, Richard A. Sly. Previously, this court awarded Mr. Sly **$6,800.00** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412(d). Therefore, after receiving the 406(b) fee, Mr Sly should refund the previously-awarded EAJA fee ($6800.00) to Plaintiff.

IT IS SO ORDERED this 28th day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE
MAGISTRATE

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
Portland, OR 97204
(503) 224-0436
Attorney for Plaintiff